VLADECK, RASKIN & CLARK, P.C.

ANNE L. CLARK
212-403-7332
ACLARK@VLADECK.COM

November 13, 2015

**VIA ECF**

Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/15

Re: Lott v. CoreOne Technologies, LLC, 14-cv-5848

Dear Judge McMahon:

We represent plaintiff Brian Lott ("plaintiff") in the above-captioned matter and write on behalf of both parties to clarify Your Honor's November 13, 2015 Order. On October 19, 2015, plaintiff filed a Motion to Amend and for Supplemental Discovery (the "Motion") relating to the sale of defendant CoreOne Technologies, LLC ("CoreOne") to Markit, Inc. ("Markit) in early October 2015. After continued discussions between the parties, plaintiff's request to amend the Complaint and part of plaintiff's request for supplemental discovery regarding the structure of the sale is now moot.

Under the parties' current Scheduling Order, discovery has been closed since May 29, 2015. Because the sale occurred after this date, plaintiff understood that he was required to make a motion to reopen discovery before any further discovery could be compelled. (See Plaintiff's Memorandum of Law in Support of the Motion, pp. 9-11).

Plaintiff continues to seek leave to compel updated information regarding his damages as a result of the sale. In light of the recent discussions between counsel, the parties also seek leave to extend the deadline for defendant to respond, which is currently set for November 16, 2015, by two weeks up to and including November 30, 2015.

If Your Honor is referring this dispute to Magistrate Judge Ellis, plaintiff will re-file a motion to reopen with Judge Ellis.

Respectfully submitted,

Anne L. Clark

11/16/2015
OK — just 2 extra weeks.

ALC/fa
cc: James R. Williams, Esq. (via ECF)
Suzanne E. Peters, Esq. (via ECF)

714782 v1

565 FIFTH AVENUE, 9TH FLOOR, NEW YORK, NEW YORK 10017 • (P) 212-403-7300 • (F) 212-221-3172