Memo end., S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/16

BRIAN LOTT,

    Plaintiff,

-against-

COREONE TECHNOLOGIES, LLC,

    Defendant.

Case No. 14-CV-5848(CM)

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff Brian Lott ("Plaintiff") and Defendant CoreOne Technologies, LLC ("Defendant") through their undersigned counsel, who are authorized to enter into this stipulation, that all claims asserted by Plaintiff in the above-captioned action are dismissed in their entirety, with prejudice, and without costs or attorneys' fees awarded to any party.

VLADECK, RASKIN & CLARK, P.C.
565 Fifth Avenue, 9th Floor
New York, New York 10017
(212) 403-7332

By: _____
Anne L. Clark
Ming-Qi Chu
Attorneys for Plaintiff

Dated: July 1c, 2016

JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000

By: _____
Mark S. Mancher
Suzanne B. Peters
Attorneys for Defendant

Dated: July 27, 2016

4816-9561-3235, v. 1

757426 v1

12

SO ORDERED:

_____
USDJ

7-29-2016